IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01351-BNB

PAUL PALECEK,

Plaintiff,

v.

ARISTEDES ZAVARAS,
KEVIN MILYARD,
FELICIA BROOKS,
ERIC HOFFMAN,
JOHN CHAPDELAINE, and
JEFF REVORD,
All Defendants in their official and individual capacities,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2009

GREGORY C. LANGHAM
CLERK

---

ORDER ASSIGNING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to Senior Judge Zita L. Weinshienk, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer. ***See*** D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to Senior Judge Zita L. Weinshienk, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED September 22, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01351-BNB

Paul Palecek
Prisoner No. 88838
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/22/09

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk